UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VINCENT FLEETON | * | CIVIL ACTION NO.: 2:23-cv-06715 |
| VERSUS | * | SECTION: I |
| MADCON CORPORATION | * | MAGISTRATE: VAN MEERVELD |

* * * * * * *

**DEFENDANT'S WITNESS AND EXHIBIT LISTS**

NOW INTO COURT, through undersigned counsel, comes the Defendant, MADCON CORPORATION, who respectfully submits the following list of witnesses and exhibits in the above-captioned matter.

**WITNESSES**

Defendant may call the following witnesses at trial

1 Captain Clay Bodiford
*Through undersigned counsel*

2. Jernal Ramos (able-bodied seaman)
*Through undersigned counsel*

3. David Peck (diver)
*Through undersigned counsel*

4. Chief Engineer Frederick Avery, Sr.
*Through undersigned counsel*

5. Corporate representative of MADCON Corporation
*Through undersigned counsel*

6. Erik Oberlin
3D Marine USA, Inc.
12411 Donna Dr.
Houston, TX
77067
Expert Master Mariner

7. Holly Sharpe
Laporte CPAs & Business Advisors
111 Veterans Memorial Blvd.
Suite 600
Metairie, Louisiana 70005
Expert Economist

8. Nancy Favaloro
Seyler Favaloro LTD.
1615 Poydras St.
Suite 1040
New Orleans, LA 70112
Vocational Rehabilitation Expert

9. Dr. Everett Robert
Southern Brain & Spine
3798 Veterans Memorial Blvd.
Ste. 200
Metairie, LA 70002
SMO Physician

10. Dr. Remi Nader
730 N. Loop
Suite A
Houston, TX 77009

11. Dr. Christopher D. Centafont
1150 Ross Clark Cir.
Dothan, LA 36301

12. Meagan Wunstell, R.N.
Lady of the Sea General Hospital
200 W. 134th Place
Cut Off, LA 70345

2. Any witness necessary for the authentication of records;

3. Any witness whose identity may become known as discovery continues; and

4. Any witness listed or called by any other party.

**<u>EXHIBITS</u>**

Defendant may offer and introduce the following exhibits at trial:

1. The following documents with corresponding Bates numbers:

| | | |
|---|---|---|
| 1 | 66 | Redacted policy |
| 67 | 68 | Redacted ledger of maintenance and cure benefits paid through 3.5.24 |
| 69 | 69 | DSV GULF FREEDOM Certificate of Documentation (USCG) |
| 70 | 71 | DSV GULF FREEDOM Vessel Drawings |
| 72 | 73 | Chronology (9.9.19 - 5.4.21) - Unknown Author |
| 74 | 74 | Statement - Dave Peck (Unknown Date) - on events of May 1, 2021 |
| 75 | 75 | Statement - Atef Afkarian (3.22.21) - on Vincent Fleeton condition |
| 76 | 76 | Vessel Logs - 3.21.21 - 3.22.21 |
| 77 | 83 | Vessel Logs - 4-25-21 to 5-7-21 |
| 84 | 123 | Personnel file (redacted) |
| 124 | 128 | JSEA - 4.25.21 |
| 129 | 132 | JSEA - 4.26.21 |
| 133 | 135 | JSEA - 4.27.21 |
| 136 | 141 | JSEA - 4.29.21 |
| 142 | 145 | JSEA - 5.1.21 |
| 146 | 150 | JSEA - 5.2.21 |
| 151 | 154 | JSEA - 5.3.21 |
| 155 | 157 | JSEA - 5.4.21 |
| 158 | 161 | JSEA - 5.5.21 |
| 162 | 181 | Checks paid on behalf of MADCON regarding maintenance and cure benefits (rec'd from R. Norman 23.04.24) |
| 182 | 194 | Checks paid on behalf of MADCON regarding maintenance and cure benefits (rec'd from R. Norman 23.06.21) |
| 195 | 205 | Checks paid on behalf of MADCON regarding maintenance and cure benefits (rec'd from R. Norman 23.07.28) |
| 206 | 212 | Checks paid on behalf of MADCON regarding maintenance and cure benefits (rec'd from R. Norman 23.09.05) |
| 213 | 216 | Checks paid on behalf of MADCON regarding maintenance and cure benefits (rec'd from R. Norman 23.10.05) |
| 217 | 221 | Checks paid on behalf of MADCON regarding maintenance and cure benefits (rec'd from R. Norman 23.11.06) |
| 222 | 229 | Checks paid on behalf of MADCON regarding maintenance and cure benefits (rec'd from R. Norman 24.01.03) |
| 230 | 237 | Checks paid on behalf of MADCON regarding maintenance and cure benefits (rec'd from R. Norman 24.03.06) |
| 238 | 242 | Meds rec'd from R. Norman 23.03.14 |
| 243 | 247 | Meds rec'd from R. Norman 23.03.24 |
| 248 | 256 | Meds rec'd from R. Norman 23.04.24 |
| 257 | 298 | Meds rec'd from R. Norman 23.06.21 |
| 299 | 382 | Meds rec'd from R. Norman 23.07.28 |
| 383 | 386 | Meds rec'd from D. Whitmore 23.11.06 |
| 387 | 395 | Meds rec'd from R. Norman 24.03.06 |
| 396 | 400 | Meds - Dr. Nader - Full Note (4.26.23 and 4.27.23) |
| 401 | 403 | IME - Dr. Robert - 9.14.23 |
| 404 | 1304 | MADCON's HSE Manual |

| | | |
|---|---|---|
| 1305 | 1305 | Formal written job description for oiler position |

2. Defendant's expert reports and attachments;

3. Any exhibit which may be produced or discovered as discovery continues; and

4. Any exhibit listed or used by any other party.

Respectfully submitted,

/s/ Andrew V. Waters
JASON P. WAGUESPACK (#21123)
ANDREW V. WATERS (#37913)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, Suite 4000
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
jwaguespack@gallowaylawfirm.com
awaters@gallowaylawfirm.com
Counsel for MADCON Corporation

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 24th day of May, 2024, a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record that have elected e-notification by operation of the court's electronic filing system.

s/ Andrew V. Waters