LaPorte, APAC
111 Veterans Blvd. | Suite 600
Metairie, LA 70005
504.835.5522 | Fax 504.835.5535
LaPorte.com

**Vincent Fleeton**

**vs.**

**MADCON Corporation**

**U.S.D.C.**
**Eastern District of Louisiana**

**Case No.: 2:23-cv-06715**

# Expert Report of Holly Sharp, CPA, CFE, CFF and Ryan Kelley, CPA

**May 31, 2024**

**©LaPorte, APAC, 2024, *All Rights Reserved.***

EXHIBIT 1

# Table of Contents

OVERVIEW ..... 3
QUALIFICATIONS ..... 3
FEE SCHEDULE ..... 3
BACKGROUND UNDERSTANDING ..... 4
DOCUMENTS CONSIDERED ..... 5
LOST EARNINGS ..... 6
REPLACEMENT EARNINGS ..... 8
TAXES ..... 9
GROWTH RATES AND DISCOUNT RATES ..... 9
WORKLIFE AND LIFE EXPECTANCY ..... 9
ECONOMIC LOSS ..... 10
FUTURE MEDICAL COSTS ..... 11
PRESENT VALUE OF FUTURE MEDICAL COSTS ..... 11
CONCLUSION ..... 12

LAPORTE
CPAs & BUSINESS ADVISORS

## Overview

We have been engaged by Galloway Johnson Tompkins Burr & Smith on behalf of its client MADCON Corp. to review certain records and information pertaining to the litigation "Vincent Fleeton V. MADCON Corp." and render our professional opinion with respect to the following:

- What is the potential economic loss to Mr. Fleeton as a result of alleged injuries he claims from an accident on April 30, 2021?
- What is the present value of future medical costs for Mr. Fleeton related to the April 30, 2021 accident, based on the Favaloro Report?

Our opinions are accounting, financial, and economic opinions. We have no opinion regarding the legal liability of any party in this matter and our calculations should not be construed to establish liability on the part of any party.

## Qualifications

Holly Sharp is a Certified Public Accountant ("CPA"), Certified Fraud Examiner ("CFE"), and Certified in Financial Forensics ("CFF"). She is the former Director of Consulting and a former shareholder of LaPorte CPAs & Business Advisors. She was employed as an adjunct professor of taxation at the A. B. Freeman School of Business, Tulane University from year 1999 to year 2022.

Holly is a frequent speaker at continuing education courses on economic loss calculation. She has authored several AICPA publications on damage calculations involving individuals.

Ryan Kelley is a Certified Public Accountant ("CPA") and a Director of Consulting at LaPorte CPAs & Business Advisors. Ryan is a member of the Business Valuation and Litigation Services Committee of the Louisiana CPA Society.

See detail of qualifications with Rule 26 disclosures in Appendices A and B attached.

## Fee Schedule

Holly Sharp hourly rate: $425; $500 for deposition time.
Ryan Kelley hourly rate: $350; $500 for deposition time.

## BACKGROUND UNDERSTANDING

Mr. Fleeton alleges injuries from an accident on April 30, 2021. Mr. Fleeton was employed as an oiler by MADCON Corp. ("MADCON") at the time of the accident. Mr. Fleeton's employment with MADCON began on September 9, 2019.[1]

Mr. Fleeton was born on [redacted]. Mr. Fleeton has a high school education. The trial in this matter commences on August 26, 2024.

Maintenance payments to Mr. Fleeton will total $48,520 as of the August 26, 2024 trial date.

[1] MADCON 0087.

## Documents Considered

In the course of our work, we considered the following documents and publications:

1. Complaint;
2. Plaintiff's Expert Disclosures;
3. MADCON 0067-0068;
4. Report of Ashley G. Lastrapes, Ph.D., CRC, CCM, CLCP, LPC, LRC dated April 23, 2024;
5. Report of G. Randolph Rice, Ph.D. dated April 23, 2024;
6. Report of Nancy T. Favaloro, MC, CRC dated May 30, 2024 ("Favaloro Report");
7. Transcript of deposition of Vincent Fleeton taken on March 27, 2024 with exhibits 1 through 8;
8. Independent Medical Exam report of Everett G. Robert, M.D. dated September 14, 2022;
9. Various medical records for Vincent Fleeton;
10. Bureau of Labor Statistics Consumer Price Index data;
11. Board of Governors of the Federal Reserve System, Selected Interest Rates, https://www.federalreserve.gov/releases/h15/;
12. "The Markov Model of Labor Force Activity 2012-17: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors" by Gary Skoog, James Ciecka, and Kurt Krueger, Journal of Forensic Economics, September 2019 Vol. 28, No. 1-2;
13. U. S. federal income tax tables;
14. Social Security and Medicare tax rates;
15. Louisiana state income tax tables;
16. United States Life Tables, 2020 by Elizabeth Arias, Ph.D., and Jiaquan Xu, M.D., Division of Vital Statistics, National Vital Statistics Report, Vol. 71, No.1;
17. The Livingston Survey, release date December 15, 2023;
18. *Determining Economic Damages* by Stanley P. Stephenson and David A Macpherson;
19. *Measuring Damages Involving Individuals*, AICPA Forensic & Valuation Services Practice Aid by Holly Sharp, CPA, CFE, CFF.

## LOST EARNINGS

A lost earnings base is selected to project Mr. Fleeton's potential lost earnings.

Payroll records of Mr. Fleeton's wages from MADCON for pay dates September 24, 2019 through May 18, 2021 are recapped in the following table:[2]

| Date | Amount |
|---|---|
| 9/24/2019 | $ 1,462.50 |
| 10/8/2019 | $ 2,025.00 |
| 10/8/2019 | $ 150.00 |
| 6/16/2020 | $ 2,100.00 |
| 6/30/2020 | $ 3,150.00 |
| 7/14/2020 | $ 1,687.50 |
| 7/28/2020 | $ 3,037.50 |
| 8/11/2020 | $ 1,350.00 |
| 8/25/2020 | $ 1,575.00 |
| 9/8/2020 | $ 3,037.50 |
| 9/22/2020 | $ 1,012.50 |
| 10/6/2020 | $ 1,575.00 |
| 10/20/2020 | $ 3,037.50 |
| 11/3/2020 | $ 1,125.00 |
| 11/17/2020 | $ 1,575.00 |
| 12/1/2020 | $ 3,037.50 |
| 12/15/2020 | $ 1,462.50 |
| 12/29/2020 | $ 1,687.50 |
| 1/12/2021 | $ 1,687.50 |
| 1/26/2021 | $ 1,575.00 |
| 2/9/2021 | $ 1,687.50 |
| 2/23/2021 | $ 2,081.25 |
| 3/9/2021 | $ 1,462.50 |
| 3/23/2021 | $ 1,575.00 |
| 4/6/2021 | $ 3,037.50 |
| 5/18/2021 | $ 1,012.50 |
| **Total** | $48,206.25 |

[2] MADCON 0123.

Mr. Fleeton's bi-weekly earnings for pay dates January 12, 2021 through April 5, 2021 average $1,872.32, which equates to an annualized amount of $48,680.36 ($1,872.32 x 26 pay periods = $48,680.36).

Mr. Fleeton's earnings for pay dates June 16, 2020 to May 18, 2021 (Mr. Fleeton's reported earnings from MADCON in the 12-month period prior to the accident) total $44,568.75.

Mr. Fleeton's potential lost earnings are projected at an annual amount of $48,680.35, based on the annualized amount of his bi-weekly earnings for pay dates January 12, 2021 through April 5, 2021.

## REPLACEMENT EARNINGS

The Favaloro Report lists the following compatible jobs that are appropriate for someone with the vocational profile of Mr. Fleeton:[3]

| Compatible Job Title | Actual Labor Market Entry Level Earnings | Median Hourly Wages |
|---|---|---|
| Rental Sales Agent | $12/hour | $ 13.50 |
| Service and Parts Coordinator | $31,000/ year | $ 16.49 |
| Cashier | $15/Hour | $ 11.23 |
| Van Driver | $13/hour | $ 12.78 |
| Retail Sales Associate | $13.43/hour | $ 12.82 |

The average of the annual amount of actual labor market entry level earnings for the above compatible jobs is $28,426.88:

| Compatible Job Title | Annual Amount of Actual Labor Market Entry Level Earnings |
|---|---|
| Rental Sales Agent | $ 24,960.00 |
| Service and Parts Coordin | $ 31,000.00 |
| Cashier | $ 31,200.00 |
| Van Driver | $ 27,040.00 |
| Retail Sales Associate | $ 27,934.40 |
| **Average** | **$ 28,426.88** |

Mr. Fleeton's annual replacement earnings as of the trial date are $28,426.88, based on the average annual amount of the actual labor market entry level earnings for compatible jobs listed in the Favaloro Report.

[3] Favaloro Report, p. 5.

## TAXES

Mr. Fleeton's potential lost earnings and replacement earnings are projected on an after-tax basis using the following income tax rates:

| | Lost Earnings | Replacement Earnings |
|---|---|---|
| Federal Income Tax | 8.39% | 5.81% |
| Payroll Tax on Income | 7.65% | 7.65% |
| State Income Tax | 3.08% | 2.57% |
| Total Income Tax | 19.11% | 16.03% |

## GROWTH RATES AND DISCOUNT RATES

Mr. Fleeton's potential lost earnings and replacement earnings are projected using a below market growth rate (growth rate with inflation factors removed) of zero (-0-) percent.

Mr. Fleeton's potential future lost earnings amounts, if any, are discounted to present value using an after-tax below market discount rate based on current rates for inflation indexed U.S. securities and federal income tax rates.

## WORKLIFE AND LIFE EXPECTANCY

Mr. Fleeton's potential lost earnings and replacement earnings are projected over his worklife expectancy as of the accident date of April 30, 2021. Worklife tables in "The Markov Model of Labor Force Activity 2012-17: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors" by Gary Skoog, James Ciecka, and Kurt Krueger, Journal of Forensic Economics, September 2019, Vol. 28, No. 1-2, reflect a worklife as of April 30, 2021 of 11.35 years for men with a high school education and the age of the plaintiff.[4]

Mr. Fleeton's life expectancy as of the trial date is 24.30 years, based on United States Life Tables, 2020.[5]

[4] Mr. Fleeton's work life of 11.35 years as of the accident date represents 3.32 years of past loss and 8.03 years of future loss, based on future loss beginning August 26, 2024.
[5] United States Life Tables, 2020, by Elizabeth Arias, Ph.D., and Jiaquan Xu, M.D., Division of Vital Statistics.

## ECONOMIC LOSS

The potential economic loss to Mr. Fleeton resulting from an accident on April 30, 2021 is shown below and detailed in Schedule One:

| | Lost Earnings |
|---|---|
| Loss to August 26, 2024 (Past Loss) | $ 130,731 |
| Loss from August 26, 2024 (Present Value of Future Loss) | $ 114,203 |
| Total | $ 244,934 |
| less projected Maintenance Payments to August 26, 2024 | $ (48,520) |
| Net Lost Earnings | $ 196,414 |

LAPORTE
CPAs & BUSINESS ADVISORS

## FUTURE MEDICAL COSTS

The Favaloro Report states that, "Dr. Robert is of the opinion that Mr. Fleeton clearly had cervical spinal issues and adds that the cervical MRI suggested no acute abnormality. He finds it unlikely that Mr. Fleeton suffered a herniated cervical disc upon picking up a battery as he describes and that it is more likely that there was a preexisting condition that could have been made worse."[6]

The Favaloro Report further states that, "Dr. Robert also reports that Vincent Fleeton had preexisting degenerative changes in the lumbar spine at L5-S1. He adds that he does not believe that any of the findings on the MRI of the lumbar spine are related to this injury."[7]

Based on the Favaloro Report, future medical costs for Mr. Fleeton as a result of the April 30, 2021 accident are zero (-0-).

## PRESENT VALUE OF FUTURE MEDICAL COSTS

Based on the Favaloro Report, the present value of future medical costs for Mr. Fleeton as a result of the April 30, 2021 accident is zero (-0-).

---

[6] Favaloro Report, pp. 3-4.
[7] *Ibid.,* p. 4.

## CONCLUSION

The potential economic loss to Mr. Fleeton as a result of the April 30, 2021 accident is recapped below and is detailed in Schedule One:

| | Lost Earnings |
|---|---|
| Loss to August 26, 2024 (Past Loss) | $ 130,731 |
| Loss from August 26, 2024 (Present Value of Future Loss) | $ 114,203 |
| Total | $ 244,934 |
| less projected Maintenance Payments to August 26, 2024 | $ (48,520) |
| Net Lost Earnings | $ 196,414 |

Based on the Favaloro Report, the present value of future medical costs for Mr. Fleeton as a result of the April 30, 2021 accident is zero (-0-).

**Appendices A and B and Schedule One attached are a part of this report.**

We reserve the right to update this report based on the receipt of additional information.

Holly Sharp, CPA, CFE, CFF

May 31, 2024

Ryan Kelley, CPA

May 31, 2024

**Schedule One**

| Year | Years from Date of Accident | To/From Report | Projected Wages | less Taxes | Replacement Wages | less Taxes | Net | Present Value of Future Loss | Past Loss and Present Value of Future Loss |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 19.11% | | 16.03% | | 1.97% | 8/26/2024 |
| 4/30/2021 | 0.00 | | $ - | | | | | | |
| 12/31/2021 | 0.67 | | $ 32,616 | $ (6,233) | $ - | $ - | $ 26,382 | | |
| 12/31/2022 | 1.67 | | $ 48,680 | $ (9,304) | $ - | $ - | $ 39,377 | | |
| 12/31/2023 | 2.67 | | $ 48,680 | $ (9,304) | $ - | $ - | $ 39,377 | | |
| 8/26/2024 | 3.32 | | $ 31,642 | $ (6,047) | $ - | $ - | $ 25,595 | | $ 130,731 |
| **Future Losses discounted to Present Value as of August 26, 2024** | | | | | | | | | |
| 12/31/2024 | 3.67 | 0.35 | 17,038 | $ (3,256) | $ (9,949) | $ 1,595 | $ 5,427 | $ 5,391 | |
| 12/31/2025 | 4.67 | 1.35 | 48,680 | $ (9,304) | $ (28,427) | $ 4,557 | $ 15,507 | $ 15,104 | |
| 12/31/2026 | 5.67 | 2.35 | 48,680 | $ (9,304) | $ (28,427) | $ 4,557 | $ 15,507 | $ 14,812 | |
| 12/31/2027 | 6.67 | 3.35 | 48,680 | $ (9,304) | $ (28,427) | $ 4,557 | $ 15,507 | $ 14,526 | |
| 12/31/2028 | 7.67 | 4.35 | 48,680 | $ (9,304) | $ (28,427) | $ 4,557 | $ 15,507 | $ 14,246 | |
| 12/31/2029 | 8.67 | 5.35 | 48,680 | $ (9,304) | $ (28,427) | $ 4,557 | $ 15,507 | $ 13,970 | |
| 12/31/2030 | 9.67 | 6.35 | 48,680 | $ (9,304) | $ (28,427) | $ 4,557 | $ 15,507 | $ 13,700 | |
| 12/31/2031 | 10.67 | 7.35 | 48,680 | $ (9,304) | $ (28,427) | $ 4,557 | $ 15,507 | $ 13,436 | |
| 9/3/2032 | 11.35 | 8.02 | 33,103 | $ (6,326) | $ (19,330) | $ 3,099 | $ 10,545 | $ 9,018 | |
| | | | | | | | | | $ 114,203 |
| | | | | | | | | | **$ 244,934** |

LAPORTE
CPAs & BUSINESS ADVISORS